756 A.2d 633

EVELYN T. HO, GUARDIAN OF MARIA HO, AN INCOMPETENT, AND MARIA HO, INDIVIDUALLY, PLAINTIFFS–APPELLANTS, v. LEN RUBIN AND LILLIAN RUBIN, HIS WIFE, DEFENDANTS–RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Submitted July 31, 2000—Decided August 16, 2000.

Before Judges COLLESTER and ARNOLD.

*Patrick J. Kelly,* attorney for appellants.

*Rupp & Ten Hoeve,* attorneys for respondent (*William F. Rupp,* on the brief).

PER CURIAM.

Plaintiffs Evelyn T. Ho, guardian of Maria Ho an incompetent, and Maria Ho, individually, appeal the entry of an order for summary judgment entered on May 26, 1999 dismissing plaintiffs' complaint on the basis of *N.J.S.A.* 40A:14–157.

We affirm substantially for the reasons given by Judge Simon in her comprehensive written opinion of May 26, 1999.

Affirmed.